HECTOR O. VILLAGRA (BAR NO. 177586)
hvillagra@aclu-sc.org
BELINDA ESCOBOSA HELZER (BAR NO. 214178)
bescobosahelzer@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
2140 W. Chapman Ave., Suite 209
Orange, California 92868
Telephone: (714) 450-3962
Facsimile: (714) 450-3969

MARK D. ROSENBAUM (BAR NO. 59940)
mrosenbaum@aclu-sc.org
PETER BIBRING (BAR NO. 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiff-Petitioners

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VASQUEZ, et al., | Case No: SACV09-1090 VBF (RNBx) |
| Plaintiff-Petitioners, | The Honorable Valerie B. Fairbank |
| vs. | [PROPOSED] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| TONY RACKAUCKAS, et al., | |
| Defendant-Respondents. | **CLASS ACTION** |
| | Complaint Filed: Sept. 23, 2009 |
| | Trial Date: November 9, 2010 |

STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT

The Court accepts the Stipulated Protective Order ("Protective Order") and hereby orders:

1.  The following information shall be deemed CONFIDENTIAL INFORMATION for purposes of this Protective Order:  Any information, if any exists, that is otherwise protected from public disclosure under the law, including but not limited to California Welfare & Institutions Code §825, *et seq*., regarding Plaintiffs-Petitioners MANUEL VASQUEZ, MIGUEL BERNAL LARA, GABRIEL BASTIDA, and RANDY BASTIDA.

2.  Defendants-Respondents shall not publicly disclose any CONFIDENTIAL INFORMATION.  Defendants-Respondents are not restricted from disclosing the information with their clients to the extent that such disclosure does not violate the law.

3.  All documents filed with the Court containing CONFIDENTIAL INFORMATION shall be filed under seal.

4.  All documents containing CONFIDENTIAL INFORMATION shall be produced in a sealed envelope labeled with a statement that substantially conforms to the following form:

**CONFIDENTIAL**

**This envelope contains CONFIDENTIAL INFORMATION subject to a Protective Order issued in this action that governs the use and disclosure of the enclosed documents.**

5.  Any portions of transcripts of the deposition of Plaintiffs-Petitioners MANUEL VASQUEZ, MIGUEL BERNAL LARA, GABRIEL BASTIDA, RANDY BASTIDA, or LORRAINE NEWHOUSE, Gabriel Bastida's and Randy Bastida's mother, that contains CONFIDENTIAL INFORMATION shall be deemed "CONFIDENTIAL."  Any reference to CONFIDENTIAL

STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT

INFORMATION in this Protective Order shall also include any CONFIDENTIAL deposition testimony Plaintiffs-Petitioners and/or LORRAINE NEWHOUSE.

      6.     In the event that counsel for any party files with or submits to the Court any CONFIDENTIAL INFORMATION by way of pleadings, motions, or other papers containing or making reference to such CONFIDENTIAL INFORMATION, such documents shall be filed in a sealed envelope labeled with a statement that conforms substantially to the following:

**CONFIDENTIAL**

**This envelope contains CONFIDENTIAL INFORMATION subject to a Protective Order issued in this action that governs the use and disclosure of the enclosed documents.**

All such documents filed with the Court shall be maintained by the Clerk of the Court separate from the public records in this action and shall be released only upon further order of the Court.

      7.     If any party desires the release of any CONFIDENTIAL INFORMATION that party may move the Court in accordance with the rules of the Court for an order that the CONFIDENTIAL INFORMATION shall not be subject to this Protective Order or any other claim of confidentiality.

      8.     Until the Court in this matter enters an order, if any, changing the designation of the CONFIDENTIAL INFORMATION, such information contained therein shall continue to be protected as provided by this Protective Order.

      9.     In the event that any CONFIDENTIAL INFORMATION is to be used in any proceeding in this action including, but not limited to, depositions or trial, such information shall not lose its confidential status through such use and the parties shall take all steps reasonably required to protect the confidentiality of such

STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT

1  testimonies during such use.

2    10.    If the parties have cause to believe that a violation of this Protective Order has occurred, or is about to occur, the parties have the right to seek proper relief from the Court to address such violation, including relief through an ex parte application.

IT IS SO ORDERED.

Dated: January 22, 2010

_____

The Honorable Robert N. Block
United States Magistrate Judge

STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT