DAVID A. DE BERRY, CITY ATTORNEY #140441
WAYNE W. WINTHERS, SENIOR ASSIST. CITY ATTY. #134659
CITY OF ORANGE
300 East Chapman Avenue
Orange, California 92866
(714) 744-5580
(714) 538-7157 (facsimile)
wwinthers@cityoforange.org (email)

Attorneys for Defendant, ROBERT GUSTAFSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VASQUEZ, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>TONY RACKAUCKAS, et al.,<br><br>Defendants. | CASE NO.: SACV09-1090 VBF (RNBx)<br><br>**Assigned for All Purposes to:**<br>HON. VALERIE BAKER FAIRBANK<br><br>**DEFENDANT ROBERT GUSTAFSON'S WITNESS LIST**<br><br>**CLASS ACTION**<br><br>DEPT.: 9<br>COMPLAINT FILED: September 23, 2009<br>TRIAL DATE: November 9, 2010 |

Pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and Local Rule 16-5 and this Court's Scheduling and Case Management Order, DEFENDANT ROBERT GUSTAFSON hereby discloses the following individuals who may offer witness testimony in the above titled action:

1. Det. Joel Nigro: will testify as to the OVC gang, its members, his personal contact with same, his role in providing information requested during the injunction process, the effects of the injunction, other matters within the scope of his employment and the fiscal and administrative burdens that additional or substitute procedural requirements would entail. Time: 3 hours.

2. Sgt. Derek Cook*: will testify as to the OVC gang, its members, his personal contact with same, his role in the injunction process as supervisor,

1

  the effects of the injunction, other matters within the scope of his employment and the fiscal and administrative burdens that additional or substitute procedural requirements would entail.. Time: 11/2 hours.

3. Sgt. David Nichols*: will testify as to the OVC gang, its members, his personal contact with same, his role in the injunction process as supervisor, the effects of the injunction, other matters within the scope of his employment and the fiscal and administrative burdens that additional or substitute procedural requirements would entail.. Time: 1 hours.

4. Det. Scott Jorgenson*: will testify as to the OVC gang, its members, his personal contact with same and other matters within the scope of his employment. Time: 3/4 hour.

5. Det. Ted Taketa*: will testify as to the OVC gang, its members, his personal contact with same and other matters within the scope of his employment. Time: 1 hour.

6. Det. Aaron Drootin*: will testify as to the OVC gang, its members, his personal contact with same and other matters within the scope of his employment. Time: 3/4 hour.

7. Off. Armando Plascencia*: will testify as to the OVC gang, its members, his personal contact with same and other matters within the scope of his employment. Time: 3/4 hour.

8. Michael Hernandez: will testify will testify as to the OVC injunction, how and why it was obtained, the procedures used, his training and experience, and the underlying State Action, as well as other matters within the scope of his employment and the fiscal and administrative burdens that additional or substitute procedural requirements would entail.. Time: 2 hours

9. John Anderson: will testify as to the OVC injunction, how and why it was obtained, the procedures and process utilized in the underlying State Action, as well as other matters within the scope of his employment and the fiscal and administrative burdens that additional or substitute procedural requirements would entail.. Time: 2 hours

10. Yvonne Elizondo*: will testify as to her knowledge of and advice given regarding the State Action and her relationships with Plaintiffs and other OVC members Time: 1hour.

11. Lorraine Newhouse*: mother of Gabriel and Randy Bastida will testify as to her knowledge of and advice given regarding the State Action, her sons knowledge of and involvement with OVC and her advice to them. Time: 1hour.

12. Manuel Vasquez: Plaintiff. Time: 2 hours

13. Miguel Lara: Plaintiff. Time 2 hours.

14. Gabriel Bastida: Plaintiff. Time 2 hours.

15. Randy Bastida: Plaintiff. Time 2 hours.

16. Jeffrey Grogger: Defense expert, will testify about his study that gang injunctions are effective at reducing crime and are cost-effective as outlined in his report. Time: 2-3 hours.

17. Matthew O'Deane: Defense expert, will testify regarding his opinions of OVC and the Plaintiffs involvement with same. Time: 2-3 hours.

Witnesses 1-7 are current employees of Defendant OPD, witnesses 8-9 are employees of Defendant OCDA and can be reached through counsel. Addresses and phone numbers for witnesses 10-15 are known to Plaintiff's counsel. Witnesses 16-17 are Defendants disclosed experts, Plaintiffs' counsel is in possession of all contact information.

Dated:   October 18, 2010

CITY OF ORANGE
David A. De Berry, City Attorney

By: _____
Wayne W. Winthers
Senior Assistant City Attorney
Attorney for Defendant, ROBERT GUSTAFSON