# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 09-1090 VBF (RNBx) |
| Date | November 19, 2010 |
| Title: | Manuel Vasquez, et al. v. Tony Rackaukas, et al. |

Present: The Honorable  VALERIE BAKER FAIRBANK, U.S. District Court Judge

| Joseph Remigio | Nichole Rhynard (AM) / Rosalyn Adams (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Belinda Helzer | Norman Watkins |
| Peter Bibring | S. Frank Harrell |
| Jacob Kreilkamp | Wayne Winthers |
| Joseph Ybarra | Melissa Culp |

6th      Day Court Trial            Day Jury Trial

\_\_\_ One day trial:  \_\_\_ Begun (1st day);  X  Held & Continued;  \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by \_\_\_
X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).  \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.  \_\_\_ Jury retires to deliberate.  \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of  \_\_\_ plaintiff(s)  \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.  \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists  \_\_\_ Filed jury notes.  \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for \_\_\_  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).
\_\_\_ Case submitted.  \_\_\_ Briefs to be filed by \_\_\_
\_\_\_ Motion to dismiss by \_\_\_ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to  November 23, 2010, at 8:30 a.m.  for further trial/further jury deliberation.
X  Other:  Court and counsel confer regarding admission of evidence. Court admits Exhibit 818 for non-hearsay purposes. The Court also admits Exhibit 804 for non-hearsay purposes.

Initials of Deputy Clerk:  JRE
4  hrs :  20  min