Norman J. Watkins, Esq. (SBN - 87327)
nwatkins@lynberg.com
S. Frank Harrell, Esq. (SBN - 133437)
sharrell@lynberg.com
Melissa D. Culp, Esq. (SBN - 265159)
mculp@lynberg.com
LYNBERG & WATKINS
1100 Town & Country Road, Suite 1450
Orange, California 92868-5915

Telephone:  714/937-1010
Facsimile:   714/937-1003

Attorneys for Defendant-Respondent, TONY RACKAUCKAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VASQUEZ, et al.<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>TONY RACKAUCKAS, et al.<br><br>Defendants/Respondents, | CASE NO. SACV 09-1090-VBF(RNBx)<br><br>*Assigned for All Purposes to:*<br>Hon. Valerie Baker Fairbank<br>Courtroom #9<br><br>**DEFENDANT RACKAUCKAS' REQUEST FOR JUDICIAL NOTICE FOR TRIAL**<br><br>**CLASS ACTION**<br><br>Trial Date:   November 9, 2010<br>Courtroom:   9 |

---

1

**DEFENDANT RACKAUCKAS' REQUEST FOR JUDICIAL NOTICE FOR TRIAL**

1  Defendant TONY RACKAUCKAS in his official capacity as the ORANGE
2  COUNTY DISTRICT ATTORNEY hereby requests that this Court take judicial
3  notice of the following facts listed below, pursuant to Fed. R. Evid. 201.
4  Fed. R. Evid. 201 empowers a court to take judicial notice of adjudicative
5  facts. Id. "A judicially noticed fact must be one that is not subject to dispute
6  because it is either (1) generally known within the territorial jurisdiction of the trial
7  court or (2) capable of accurate and ready determination by resort to sources whose
8  accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Indeed, a court
9  shall take judicial notice of adjudicative facts when the court is requested to do so
10 by a party and is supplied with the information necessary to make the determination
11 that the adjudicative fact is not subject to reasonable dispute. See, Fed. R. Evid.
12 201(d). Accordingly, this Court should take judicial notice of the following
13 Superior Court records, as the accuracy of which cannot be reasonably questioned
14 and the following records are appropriate for judicial notice pursuant to Fed. R.
15 Evid. 201(b).
16  1. The Order for Permanent Injunction filed on May 14, 2009, in *People
17 v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial
18 Exhibit No. 19 is a true and correct copy of the Order for Permanent Injunction.*[1]
19  2. Sealed Declarations of Officers in support of Plaintiffs' Ex Parte
20 Application for Order to Show Cause re Preliminary Injunction – Juvenile
21 Defendants, filed in *People v. Orange Varrio Cypress Criminal Street Gang*, No.
22 30-2009-00118739 on February 23, 2009. Trial Exhibit No. 33 is a true and correct
23 copy of the pleading.*

---

[1] The asterisk (*) symbol denotes that the Trial Exhibit has been admitted into evidence for some purpose or another. However, out of an interest to ensure a clear record, Defendant requests that these Superior Court files also be judicial noticed as they are appropriate for same.

- 2 -
**DEFENDANT RACKAUCKAS' REQUEST FOR JUDICIAL NOTICE FOR TRIAL**

3. Expert Declaration of Detective J. Nigro of the Orange Police Department (Addendum), dated April 2, 2009, filed in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 51 is a true and correct copy of the Declaration.*

4. The Superior Court's Minute Order dated April 10, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 80 is a true and correct copy of the Minute Order.

5. The Complaint for Preliminary and Permanent Injunction to Abate a Public Nuisance in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 126 is a true and correct copy of the Complaint.*

6. Officer Declarations in Support of Plaintiffs' Ex Parte Application for Order to Show Cause re Preliminary Injunction, filed in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739 on February 23, 2009. Trial Exhibit No. 127 is a true and correct copy of the list of Officer Declarations, which was filed in the Superior Court.*

7. Order to Seal Citizen Declarations Number 1 through 10, filed in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 141 is a true and correct copy of the Order.*

8. The Superior Court's Minute Order dated March 16, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 197 is a true and correct copy of the Minute Order.*

9. The Superior Court's Minute Order dated July 10, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 205 is a true and correct copy of the Minute Order.*

10. The Superior Court's Minute Order dated March 25, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 207 is a true and correct copy of the Minute Order.

11. The Order for Preliminary Injunction, filed on March 27, 2009 in

**DEFENDANT RACKAUCKAS' REQUEST FOR JUDICIAL NOTICE FOR TRIAL**

1 | *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739.
2 | Trial Exhibit No. 211 is a true and correct copy of the Order.*
3 |     12.    The Order for Preliminary Injunction, filed on May 7, 2009 in *People v.*
4 | *Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739.  Trial
5 | Exhibit No. 213 is a true and correct copy of the Order.*
6 |     13.    The Request for Court Judgment, filed on May 12, 2009 in *People v.*
7 | *Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739.  Trial
8 | Exhibit No. 267 is a true and correct copy of the Request.*
9 |     14.    Ex Parte Application for Order re Service of Gang Pursuant to CCP §
10 | 416.40(c); Declaration of District Attorney Investigator Steve Walker in Support
11 | Thereof filed on February 23, 2009 in *People v. Orange Varrio Cypress Criminal*
12 | *Street Gang*, No. 30-2009-00118739.  Trial Exhibit No. 274 is a true and correct
13 | copy of the Ex Parte Application.*
14 |     15.    The Superior Court's Order re Service of Defendant Orange Varrio
15 | Cypress Criminal Street Gang Pursuant to CCP § 416.40(c) filed on February 23,
16 | 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-
17 | 00118739.  Trial Exhibit No. 275 is a true and correct copy of the Order.*
18 |     16.    Declaration of Manuel Vasquez filed in *People v. Orange Varrio*
19 | *Cypress Criminal Street Gang*, No. 30-2009-00118739 on April 3, 2009.  Trial
20 | Exhibit 505 is a true and correct copy of the Declaration.*
21 |     17.    Declaration of Randy Bastida filed in *People v. Orange Varrio Cypress*
22 | *Criminal Street Gang*, No. 30-2009-00118739 on April 3, 2009.  Trial Exhibit No.
23 | 513 is a true and correct copy of the Declaration.*
24 |     18.    Declaration of Miguel Lara filed in *People v. Orange Varrio Cypress*
25 | *Criminal Street Gang*, No. 30-2009-00118739 on April 3, 2009.  Trial Exhibit No.
26 | 517 is a true and correct copy of the Declaration.*
27 |     19.    Declaration of Gabriel Bastida filed in *People v. Orange Varrio*
28 | *Cypress Criminal Street Gang*, No. 30-2009-00118739 on April 3, 2009.  Trial

- 4 -
**DEFENDANT RACKAUCKAS' REQUEST FOR JUDICIAL NOTICE FOR TRIAL**

1 Exhibit No. 528 is a true and correct copy of the Declaration.*

2     20.    The Superior Court's Minute Order dated May 14, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 609 is a true and correct copy of the Minute Order.

3     21.    The Reporter's Transcript of the Superior Court Proceedings on March 27, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739, in its entirety. Trial Exhibit No. 208 is a true and correct copy of the Reporter's Transcripts. In the alternative, Defendant requests that this Court take judicial notice of the following portions of Trial Exhibit 208: Pages 29:11-31:17; 42:17-44:4; 50:2-51:10; 73:16-75:2.

    22.    The Reporter's Transcript of the Superior Court Proceedings on April 10, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739, in its entirety. Trial Exhibit No. 613 is a true and correct copy of the Reporter's Transcript. In the alternative, Defendant requests that this Court take judicial notice of the following portions of Trial Exhibit 613: Pages 15:19-19:14; 45:3-48:18; 50:23-52:6.

    23.    The Reporter's Transcript of the Superior Court Proceedings on May 7, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 614 is a true and correct copy of the Reporter's Transcript. In the alternative, Defendant requests that this Court take judicial notice of the following portions of Trial Exhibit 614: 7:20-9:3; 11:12-17:10; 22:7-24:18; 27:8-29:26; 31:6-33:1.

    24.    The Reporter's Transcript of the Superior Court Proceedings on May 14, 2009 in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739. Trial Exhibit No. 615 is a true and correct copy of the Reporter's Transcript. In the alternative, Defendant requests that this Court take judicial notice of Pages 1 through 5 of Trial Exhibit 615.

    24.    Proof of Service of Manuel Vasquez filed in *People v. Orange Varrio*

- 5 -
**DEFENDANT RACKAUCKAS' REQUEST FOR JUDICIAL NOTICE FOR TRIAL**

1  *Cypress Criminal Street Gang*, No. 30-2009-00118739 on March 10, 2009. Trial Exhibit No. 617-002 through 617-005 is a true and correct copy of the Proof of Service which was filed in the Superior Court.

25. Proof of Service of Miguel Lara filed in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739 on March 10, 2009. Trial Exhibit No. 618-002 through 618-005 is a true and correct copy of the Proof of Service which was filed in the Superior Court.

26. Proof of Service of Gabriel Bastida filed in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739 on March 10, 2009. Trial Exhibit No. 619-002 through 619-005 is a true and correct copy of the Proof of Service which was filed in the Superior Court.

27. Proof of Service of Randy Bastida and his mother, Lorraine Newhouse, filed in *People v. Orange Varrio Cypress Criminal Street Gang*, No. 30-2009-00118739 on March 10, 2009. Trial Exhibit No. 620-002 through 620-009 is a true and correct copy of the Proof of Service which was filed in the Superior Court.

28. Felony Conviction of Randy Bastida in the Orange County Superior Court for Case Number 10CF0896, signed by Randy Bastida on June 23, 2010. Trial Exhibit No. 804 is a true and correct copy of the felony conviction.

DATED: November 23, 2010

**LYNBERG & WATKINS**
**A Professional Corporation**

By: _____/S/_____
**NORMAN J. WATKINS**
**S. FRANK HARRELL**
**MELISSA D. CULP**
Attorneys for Defendants/Respondents,
**TONY RACKAUCKAS**

- 6 -
**DEFENDANT RACKAUCKAS' REQUEST FOR JUDICIAL NOTICE FOR TRIAL**