# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 09-1090 VBF (RNBx) |
| Title: | Manuel Vasquez, et al. v. Tony Rackaukas, et al. |
| Date | November 23, 2010 |

Present: The Honorable  VALERIE BAKER FAIRBANK, U.S. District Court Judge

| Joseph Remigio | Nichole Rhynard (AM) / Rosalyn Adams (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Belinda Helzer | Norman Watkins |
| Peter Bibring | S. Frank Harrell |
| Jacob Kreilkamp | Wayne Winthers |
| Joseph Ybarra | Melissa Culp |
| Sarala Nagala | |

7th Day Court Trial        Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   X  Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by _____

X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

X  Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by \_\_\_ plaintiff(s)  \_\_\_ defendant(s).  \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of  \_\_\_ plaintiff(s)  \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.   \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Case submitted.   Briefs to be filed by _____

\_\_\_ Motion to dismiss by _____ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Motion for mistrial by _____ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by _____ is  \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to  November 24, 2010, at 8:30 a.m.  for further trial/further jury deliberation.

Initials of Deputy Clerk: JRE
4 hrs : 53 min

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Are more fully reflected on the record, Court and counsel confer regarding admission of evidence.

As more fully reflected on the record, the Court grants Plaintiff's Amended Request for Court Inspection of Injunction Area (dkt. 359) finding that the need for inspection outweighs the time expended in conducting said inspection. The Court finds that said inspection will not result in prejudice to any party. Further, the Court finds that a reporter is not required during the inspection as no testimony will be given. The parties so stipulate. Court and counsel will further confer regarding logistical matters of the inspection on November 24, 2010.

X   Other:   The parties shall meet and confer regarding Defendants' Request for Judicial Notice.

Initials of Deputy Clerk:   JRE
4   hrs :   53   min