# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 09-1090 VBF (RNBx) |
| Title: | Manuel Vasquez, et al. v. Tony Rackaukas, et al. |
| Date | December 1, 2010 |

Present: The Honorable **VALERIE BAKER FAIRBANK, U.S. District Court Judge**

| Joseph Remigio | Nichole Rhynard |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Belinda Helzer | Norman Watkins |
| Peter Bibring | S. Frank Harrell |
| Jacob Kreilkamp | Wayne Winthers |
| Joseph Ybarra | Melissa Culp |

9TH Day Court Trial _____ Day Jury Trial

____ One day trial:  ____ Begun (1st day);  X  Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.  ____ Exhibits Identified  ____ Exhibits admitted.
____ Plaintiff(s) rest.  ____ Defendant(s) rest.
 X  Closing arguments made by   X  plaintiff(s)   X  defendant(s).  ____ Court instructs jury.
____ Bailiff(s) sworn.  ____ Jury retires to deliberate.  ____ Jury resumes deliberations.
____ Jury Verdict in favor of  ____ plaintiff(s)  ____ defendant(s) is read and filed.
____ Jury polled.  ____ Polling waived.
____ Filed Witness & Exhibit Lists  ____ Filed jury notes.  ____ Filed jury instructions.
____ Judgment by Court for  ____ plaintiff(s)  ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by  ____ plaintiff(s)  ____ defendant(s).
 X  Case submitted.   X  Briefs to be filed by  see "Other" section below
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
 X  Case continued to  February 14, 2011, at 1:00 p.m.  for further trial/further jury deliberation.

Initials of Deputy Clerk: JRE
2 hrs : 48 min

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

As more fully reflected on the record, Court and counsel confer regarding the admission of Plaintiff's Request for Judicial Notice exhibits 127 through 137. Plaintiff provides the Court with a copy of the Request for Judicial Notice by Defendants in Opposition to Preliminary Injunction filed on April 27, 2009 in Superior Court of California, Case No. BC 403340, marked as Court's Exhibit A and attached hereto. For the reasons reflected on the record, the Court overrules defendant's objections and admits exhibits 127 through 137 of Plaintiff's Request for Judicial Notice. As more fully stated on the record, the Court finds admission of the exhibits appropriate under 201 (b), and relevant and admissible under 402 and 403. Rule 26 (a) and (e) are not applicable. Plaintiff has met its burden of showing that the failure to disclose the exhibits earlier was harmless or substantially justified.

As more fully reflected on the record, the Court and counsel confer regarding Defendant's Request for Judicial Notice. Defense counsel notes a correction to the second paragraph 24 identified at trial exhibit 617. Defendant withdraws paragraphs 1, 2 , 3, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 28 submitting that they have already been admitted as trial exhibits. Defendant also withdraws paragraph 4. Paragraph 10 of Defendant's Request for Judicial Notice corresponds to trial exhibit 207. The Court admits trial exhibit 207 on this date. Paragraph 20 of Defendant's Request for Judicial Notice corresponds to trial exhibit 609. The Court admits trial exhibit 609 on this date.

With respect to Defendants' Request for Judicial Notice paragraphs 21 through 24, the Court takes the requests under submission. Defendants are ordered to make copies of the page and line excerpts referred to and label them for Court review stating the grounds and authorities under 201 regarding judicial notice. Defendants' submission shall be filed on or before December 14, 2010. Plaintiff's response thereto shall be filed on or before December 22, 2010. As more fully reflected on the record, the Court admits Defendant's Request for Judicial Notice paragraphs 24 (exhibit 617) through 27.

Further, the parties shall file a notice of agreement regarding all admitted exhibits and deposition testimony read into the record which should include a summary of disputed items, if any. Said agreement should be filed prior to the filing of the parties' closing briefs.

Closing briefs shall be due no later than January 14, 2011. Reply briefs shall be due on January 28, 2011. Hearing on Closing arguments will be held on February 14, 2011, at 1:00 p.m.

| X | Other: | The Court hears short closing summaries from each party. |

Initials of Deputy Clerk: __JRE__

2 hrs : 48 min