Norman J. Watkins, Esq. (SBN - 87327)
nwatkins@lynberg.com
S. Frank Harrell, Esq. (SBN - 133437)
sharrell@lynberg.com
Melissa D. Culp, Esq. (SBN - 265159)
mculp@lynberg.com
LYNBERG & WATKINS
1100 Town & Country Road, Suite 1450
Orange, California 92868-5915

Telephone:   714/937-1010
Facsimile:    714/937-1003

Attorneys for Defendant-Respondent, TONY RACKAUCKAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VASQUEZ, et al.<br><br>            Plaintiffs/Petitioners,<br><br><br>    vs.<br><br><br>TONY RACKAUCKAS, et al.<br><br>            Defendants/Respondents, | CASE NO. SACV 09-1090-VBF(RNBx)<br><br>*Assigned for All Purposes to:*<br>Hon. Valerie Baker Fairbank<br>Courtroom #9<br><br>**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**<br><br>**CLASS ACTION**<br><br>Closing Arguments:    February 14, 2011<br><br>Trial Date:    November 9, 2010 |

1    Defendant TONY RACKAUCKAS in his official capacity as the ORANGE

2  COUNTY DISTRICT ATTORNEY hereby requests that this Court take judicial

3  notice of the following facts listed below, pursuant to Fed. R. Evid. 201.

4    Fed. R. Evid. 201 empowers a court to take judicial notice of adjudicative

5  facts.  Id.  "A judicially noticed fact must be one that is not subject to dispute

6  because it is either (1) generally known within the territorial jurisdiction of the trial

7  court or (2) capable of accurate and ready determination by resort to sources whose

8  accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Indeed, a court

9  shall take judicial notice of adjudicative facts when the court is requested to do so

10  by a party and is supplied with the information necessary to make the determination

11  that the adjudicative fact is not subject to reasonable dispute.  See, Fed. R. Evid.

12  201(d).  Additionally, the Ninth Circuit has found it is proper to take judicial notice

13  of court records both within and outside of the federal judicial system, pursuant to

14  Fed. R. Evid. 201. See, Papai v. Harbor Tug and Barge Co., 67 F.3d 203, 207 n.5

15  (9th Cir. 1995)(rev'd on other grounds); see also, United States ex. rel. Robinson

16  Rancheria Citizens Council v. Borneo Inc., 971 F.2d 244, 248 (9th Cir. 1992).

17  Accordingly, this Court should take judicial notice of the following Superior Court

18  records, as the accuracy of which cannot be reasonably questioned and the following

19  records are appropriate for judicial notice pursuant to Fed. R. Evid. 201(b).

20    1.    On April 1, 2010, the Superior Court of California in the County of San

21  Bernardino issued an Order for Permanent Injunction against the criminal street

22  gang Brown Pride Gang as an unincorporated association, in *People v. Brown Pride*

23  *Gang*, No. CIVVS908103.  Attached hereto as Exhibit "A" is a true and correct

24  copy of the Judgment Granting Permanent Injunction.

25    2.    On January 7, 2010, the Superior Court of California in the County of

26  Riverside issued an Order for Permanent Injunction against the criminal street gang

27  West Drive Locos Criminal Street Gang as an unincorporated association, in *People*

28

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**

*v. West Drive Locos Criminal Street Gang*, No. INC085116.  Attached hereto as Exhibit "B" is a true and correct copy of the Amended Judgment Granting Permanent Injunction.

3.  On December 29, 2009, the Superior Court of California in the County of Riverside issued an Order for Permanent Injunction against the True Crime Boys Criminal Street Gang as an unincorporated association, in *People v. True Crime Boys Criminal Street Gang*, No. INC085113.  Attached hereto as Exhibit "C" is a true and correct copy of the Judgment Granting Permanent Injunction.

4.  On September 2, 2009, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang Barrio Van Nuys as an unincorporated association, in *People v. Barrio Van Nuys aka Van Nuys aka BVN*, No. BC413147.  Attached hereto as Exhibit "D" is a true and correct copy of the Judgment Granting Permanent Injunction.

5.  On March 18, 2009, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang Toonerville as an unincorporated association, in *People v. Toonerville aka TVR*, No. BC401928.  Attached hereto as Exhibit "E" is a true and correct copy of the Judgment Granting Permanent Injunction.

6.  On January 23, 2009, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gangs: All For Crime, Barrio Mojados, Blood Stone Villains, Florencia, Oriental Boyz, and Pueblo Bishops as unincorporated associations, in *People v. All For Crime, Barrio Mojados, Blood Stone Villains, Florencia, Oriental Boyz, and Pueblo Bishops*, No. BC397522.  Attached hereto as Exhibit "F" is a true and correct copy of the Amended Judgment Granting Permanent Injunction.

7.  On November 17, 2008, the Superior Court of California in the County of San Bernardino issued an Order for Permanent Injunction against the criminal

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**

1   street gang South Side Rialto as an unincorporated association, in *People v. South*
2   *Side Rialto*, No. CIVSS808850.  Attached hereto as Exhibit "G" is a true and correct
3   copy of the Judgment Granting Permanent Injunction.

4          8.     On May 12, 2008, the Superior Court of California in the County of
5   Tulare issued an Order for Permanent Injunction against the criminal street gang
6   Oriental Troop as an unincorporated association, in *People v. Norteños aka NSV,*
7   *North Side Visa, North Side Visalia, MGB, Mexican Gangster Boys, Mexican Gang*
8   *Bangers, Encina Street Riders, North Side Birdland and Oriental Troop aka OT,*
9   *MBS, Mongolian Boys Society, LPC, Lahu Pride Crips, LP, Lahu Pride*, No. 08-
10  226863.  Attached hereto as Exhibit "H" is a true and correct copy of the Judgment
11  and Permanent Injunction.

12         9.     On May 5, 2008, the Superior Court of California in the County of
13  Tulare issued an Order for Permanent Injunction against the criminal street gang
14  Norteños as an unincorporated association, in *People v. Norteños aka NSV, North*
15  *Side Visa, North Side Visalia, MGB, Mexican Gangster Boys, Mexican Gang*
16  *Bangers, Encina Street Riders, North Side Birdland and Oriental Troop aka OT,*
17  *MBS, Mongolian Boys Society, LPC, Lahu Pride Crips, LP, Lahu Pride*, No. 08-
18  226863.  Attached hereto as Exhibit "I" is a true and correct copy of the Judgment
19  and Permanent Injunction.

20        10.    On April 28, 2008, the Superior Court of California in the County of
21  Tulare issued an Order for Permanent Injunction against the criminal street gang
22  South Side Kings as an unincorporated association, in *People v. South Side Kings*
23  *aka SSK*, No. 08-226862.  Attached hereto as Exhibit "J" is a true and correct copy
24  of the Judgment and Permanent Injunction.

25        11.    On January 24, 2008, the Superior Court of California in the County of
26  Riverside issued an Order for Permanent Injunction against the Eastside Riva
27  Criminal Street Gang as an unincorporated association, in *People v. Eastside Riva*

28

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**

1  *Criminal Street Gang*, No. RIC478810.  Attached hereto as Exhibit "K" is a true and
2  correct copy of the Judgment Granting Permanent Injunction.

3         12.    On February 16, 2007, the Superior Court of California in the County
4  of Los Angeles issued an Order for Permanent Injunction against the criminal street
5  gang Highland Park aka Highland Parque aka HLP as an unincorporated association,
6  in *People v. Highland Park aka Highland Parque aka HLP*, No. BC359944.
7  Attached hereto as Exhibit "L" is a true and correct copy of the Judgment Granting
8  Permanent Injunction by Court After Default.

9         13.    On January 9, 2007, the Superior Court of California in the County of
10  Los Angeles issued an Order for Permanent Injunction against the criminal street
11  gangs: Clover, Eastlake and Lincoln Heights as unincorporated associations, in
12  *People v. Clover, Eastlake, Lincoln Heights*, No. BC358881.  Attached hereto as
13  Exhibit "M" is a true and correct copy of the Judgment Granting Permanent
14  Injunction.

15         14.    On December 13, 2006, the Superior Court of California in the County
16  of Los Angeles issued an Order for Permanent Injunction against the criminal street
17  gang Dogtown as an unincorporated association, in *People v. Dogtown*, No.
18  BC359945.  Attached hereto as Exhibit "N" is a true and correct copy of the
19  Judgment Granting Permanent Injunction.

20         15.    On October 3, 2006, the Superior Court of California in the County of
21  Los Angeles issued an Order for Permanent Injunction against the criminal street
22  gang White Fence aka Cerco Blanco as an unincorporated association, in *People v.*
23  *White Fence aka Cerco Blanco*, No. BC353596.  Attached hereto as Exhibit "O" is a
24  true and correct copy of the Judgment Granting Permanent Injunction.

25         16.    On September 21, 2006, the Superior Court of California in the County
26  of Los Angeles issued an Order for Permanent Injunction against the criminal street
27  gang Playboys as an unincorporated association, in *People v. Playboys*, No.

28

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**

1  BC351990.  Attached hereto as Exhibit "P" is a true and correct copy of the

2  Judgment Granting Permanent Injunction.

3       17.    On February 27, 2006, the Superior Court of California in the County

4  of Santa Barbara issued an Order for Permanent Injunction against the criminal

5  street gang Varrio Lamparas Primera aka Westside as an unincorporated association,

6  in *People v. Varrio Lamparas Primera aka Westside; Southside*, No. 1148758.

7  Attached hereto as Exhibit "Q" is a true and correct copy of the Judgment for

8  Permanent Injunction.

9       18.    On February 27, 2006, the Superior Court of California in the County

10  of Santa Barbara issued an Order for Permanent Injunction against the criminal

11  street gang Southside as an unincorporated association, in *People v. Varrio*

12  *Lamparas Primera aka Westside; Southside*, No. 1148758.  Attached hereto as

13  Exhibit "R" is a true and correct copy of the Judgment for Permanent Injunction.

14       19.    On September 9, 2005, the Superior Court of California in the County

15  of Los Angeles issued an Order for Permanent Injunction against the criminal street

16  gang Big Hazard aka Hazard Grande as an unincorporated association, in *People v.*

17  *Big Hazard aka Hazard Grande*, No. BC335749.  Attached hereto as Exhibit "S" is

18  a true and correct copy of the Judgment Granting Permanent Injunction.

19       20.    On July 21, 2005, the Superior Court of California in the County of Los

20  Angeles issued an Order for Permanent Injunction against the criminal street gangs:

21  18th Street, Crazy Riders, DIA aka Down in Action, KTO aka Krazy Town, La

22  Raza Loca, Orphans, Rockwood Street Locos, Varrio Vista Rifa, Wanderers, and

23  Witmer Street Locos as unincorporated associations, in *People v. 18th Street,  Crazy*

24  *Riders, DIA aka Down in Action, KTO aka Krazy Town, La Raza Loca, Orphans,*

25  *Rockwood Street Locos, Varrio Vista Rifa, Wanderers, and Witmer Street Locos*,

26  No. BC332713. Attached hereto as Exhibit "T" is a true and correct copy of the

27  Judgment Granting Permanent Injunction.

28

- 5 -

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**

21.     On June 1, 2005, the Superior Court of California in the County of Ventura issued an Order for Permanent Injunction against the criminal street gang Colonia Chiques as an unincorporated association, in *People v. Colonia Chiques*, No. CIV226032.  Attached hereto as Exhibit "U" is a true and correct copy of the Amended Judgment for Permanent Injunction.

22.     On April 7, 2005, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gangs: 42nd Street Gangster Crips aka 4-Deuce, 43rd Street Gangster Crips aka Trey, and 48th Street Gangster Crips aka 4-8 as unincorporated associations, in *People v. 42nd Street Gangster Crips aka 4-Deuce, 43rd Street Gangster Crips aka Trey, and 48th Street Gangster Crips aka 4-8*, No. BC326016.  Attached hereto as Exhibit "V" is a true and correct copy of the Judgment Granting Permanent Injunction.

23.     On November 22, 2004, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang 38th Street as an unincorporated association, in *People v. 38th Street*, No. BC319166.  Attached hereto as Exhibit "W" is a true and correct copy of the Judgment Granting Permanent Injunction.

24.     On November 15, 2004, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang Varrio Nuevo Estrada aka VNE as an unincorporated association, in *People v. Varrio Nuevo Estrada aka VNE*, No. BC319981.  Attached hereto as Exhibit "X" is a true and correct copy of the Judgment Granting Permanent Injunction.

25.     On June 29, 2004, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang 18th Street aka XV3 aka Diesiocho as an unincorporated association, in *People v. 18th Street aka XV3 aka Diesiocho*, No. BC313309.  Attached hereto as Exhibit "Y" is a true and correct copy of the Judgment Granting Permanent Injunction.

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**

26.     On May 10, 2004, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang Mara Salvatrucha aka MS as an unincorporated association, in *People v. Mara Salvatrucha aka MS*, No. BC311766.  Attached hereto as Exhibit "Z" is a true and correct copy of the Judgment Granting Permanent Injunction by Court After Default.

27.     On March 16, 2004, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang 18th Street aka XV3 aka Diesiocho as an unincorporated association, in *People v. 18th Street aka XV3 aka Diesiocho*, No. BC305434.  Attached hereto as Exhibit "AA" is a true and correct copy of the Judgment Granting Permanent Injunction.

28.     On April 7, 2003, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang Avenues as an unincorporated association, in *People v. Avenues*, No. BC287137. Attached hereto as Exhibit "BB" is a true and correct copy of the Judgment Granting Permanent Injunction by Court After Default.

29.     On January 16, 2003, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang Krazy Ass Mexicans aka KAM as an unincorporated association, in *People v. Krazy Ass Mexicans aka KAM*, No. BC282629.  Attached hereto as Exhibit "CC" is a true and correct copy of the Judgment Granting Permanent Injunction.

/ / /

/ / /

/ / /

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**

30.    On April 24, 2002, the Superior Court of California in the County of Los Angeles issued an Order for Permanent Injunction against the criminal street gang Canoga Park Alabama as an unincorporated association, in *People v. Canoga Park Alabama*, No. BC267153.  Attached hereto as Exhibit "DD" is a true and correct copy of the Judgment Granting Permanent Injunction by Court After Default.

DATED:  January 14, 2011                    **LYNBERG & WATKINS**
                                            **A Professional Corporation**


                                    By:        /S/
                                            **NORMAN J. WATKINS**
                                            **S. FRANK HARRELL**
                                            **MELISSA D. CULP**
                                            Attorneys for Defendants/Respondents,
                                            **TONY RACKAUCKAS**

**DEFENDANT RACKAUCKAS' POST-TRIAL REQUEST FOR JUDICIAL NOTICE**