UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VASQUEZ, et al.,<br><br>              Plaintiff-Petitioners,<br><br>  vs.<br><br>TONY RACKAUCKAS, et al.,<br><br>             Defendants-Respondents. | CASE NO. SACV 09-1090 VBF(RNBx)<br><br>**JUDGMENT** |

///

///

///

13789210.1

This Court, the Honorable Valerie Baker Fairbank, District Judge Presiding, held an eleven day court trial commencing November 9, 2010 on Plaintiffs' Complaint for Declaratory and Injunctive Relief and Petition for Writ of Habeas Corpus (Dkts. 1-3).

On April 10, 2010, this Court certified two classes in this action. (Dkt. 135.) Named Plaintiff-Petitioners Manuel Vasquez, Miguel Lara, and Gabriel Bastida bring this action individually on behalf of a class certified as:

All persons named as individual defendants in *People v. Orange Varrio Cypress Criminal Street Gang, et al.*, Orange County Superior Court, 30-2009 00118739, dated February 17, 2009, who appeared in the Orange County Superior Court to defend themselves and were voluntarily dismissed by the Orange County District Attorney's office, and who did not have contempt proceedings pending against them arising out of the Order for Permanent Injunction against "Orange Varrio Cypress Criminal Street Gang" dated May 14, 2009, as of the date of the filing of this litigation - September 23, 2009.

Additionally, Named Plaintiff Randy Bastida brings this action individually and on behalf of a class certified as:

All juveniles named as individual defendants in *People v. Orange Varrio Cypress Criminal Street Gang, et al.*, Orange County Superior Court, 30-2009 00118739, dated February 17, 2009, for whom no guardian ad litem was appointed, who were voluntarily dismissed by the Orange County District Attorney's office, and who did not have contempt proceedings pending against them arising out of the Order for Permanent Injunction against "Orange Varrio Cypress Criminal Street Gang" dated May 14, 2009, as of the date of the filing of this litigation - September 23, 2009.

After considering the evidence presented at trial, the closing briefs and arguments presented, the Court held that Defendants deprived Plaintiffs and those similarly situated of the constitutionally protected liberty interests without adequate

13789210.1

procedural protections, and enjoined Defendants from future violations.

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs and the two certified Plaintiff classes on their claims for declaratory and injunctive relief on their First and Second Claims against Defendants.

IT IS FURTHER ADJUDGED AND DECLARED that Plaintiffs' Third Claim, for Writ of Habeas Corpus, be dismissed.

IT IS FURTHER ADJUDGED AND DECLARED that by subjecting Plaintiffs and members of the two certified Plaintiff classes, or causing them to be subjected, to the enforcement of the Order for Permanent Injunction against "Orange Varrio Cypress Criminal Street Gang" dated May 14, 2009, in *People v. Orange Varrio Cypress Criminal Street Gang, et al.*, Orange County Superior Court, 30-2009 00118739 (the "Order"), Defendants deprived the Plaintiffs and those similarly situated of their constitutionally protected liberty interests without adequate procedural protections.

IT IS FURTHER ADJUDGED AND DECLARED that Defendants, their employees and agents, are hereby restrained and enjoined from enforcing the Order against the Plaintiffs and members of the two certified Plaintiff classes.

Plaintiffs are to file any motion for costs and attorneys' fees, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, within 14 days of entry of this Judgment.

Dated: 5-10-11

Hon. Valerie Baker Fairbank
United States District Judge