BELINDA ESCOBOSA HELZER (SBN 214178)
bescobosahelzer@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
2140 W. Chapman Avenue, Suite 209
Orange, California 92868
Telephone: (714) 450-3962
Facsimile: (714) 450-3969

PETER BIBRING (SBN 223981)
pbibring@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Attorneys for Plaintiffs-Petitioners

[Additional Counsel on Following Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL VASQUEZ, et al.,<br>Plaintiffs,<br>v.<br>TONY RACKAUCKAS, et al.,<br>Defendants. | Case No. CV 09-1090 VBF (RNBx)<br>**DECLARATION OF LAURA D. SMOLOWE IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND ATTORNEYS' FEES AWARD AGAINST DEFENDANT RACKAUCKAS ON REMAND**<br>Honorable Valerie B. Fairbank |

JACOB S. KREILKAMP (Bar No. 248210)
Jacob.Kreilkamp@mto.com
LAURA D. SMOLOWE (Bar No. 263012)
Laura.smolowe@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs-Petitioners

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

I, Laura D. Smolowe, hereby declare:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP ("MTO"), which, along with the American Civil Liberties Union Foundation of Southern California ("ACLU/SC"), served as co-counsel for Plaintiffs in the above-referenced matter. I am a member of the California State Bar. Unless otherwise stated expressly below, the facts set forth herein are known to me personally and, if called as a witness, I could and would testify competently thereto.

2. MTO has a standard billing process that it follows. Each timekeeper, including attorneys and staff (paralegals, cases clerks, litigation interns and automated litigation support personnel), records daily time logs. Those logs reflect the time worked on each matter for that day and a description of the work done. Those records are then entered into the Firm's billing system, broken out by client and, for each client, the relevant matter. MTO follows this procedure for both standard and *pro bono* engagements (such as this one) and did so in working on this litigation, including Defendants' appeal of the District Court's judgment in favor of Plaintiffs.

3. MTO's hourly rates generally increase on January 1 of each year. The last increase was effective January 1, 2014.

4. I am an associate at MTO, which I joined in 2009. Prior to starting with the firm, I served as a law clerk for the Honorable Dean D. Pregerson (United States District Court for the Central District of California) and for the Honorable Richard A. Paez (United States Court of Appeals for the Ninth Circuit). I received my J.D. from Yale Law School in 2006. My current billing rate (2014) is $640 per hour. In 2012, my billing rate was $505 per hour, and, in 2011, it was $460 per hour.

5. Additional information about my background can be found at the Munger, Tolles & Olson LLP website (www.mto.com).

6. MTO does not charge fees to its *pro bono* clients, such as Plaintiffs in this action. However, the majority of MTO's clients are charged hourly rates, and the rates set forth above represent the rates actually charged to MTO's paying clients. To stay competitive with comparable law firms, MTO frequently conducts informal surveys of peer law firms in Southern California to determine prevailing market rates. In addition, MTO subscribes to fee-based services containing information regarding hourly rates charged by attorneys in various markets, such as Valeo Partners' Attorney Hourly Rates database. Similarly, MTO reviews more formal surveys of attorney billing rates, such as those published by the *National Law Journal*.

7. My understanding is that MTO's hourly rates, including my hourly rate, are competitive with other firms of like size and experience in the Los Angeles area, and indeed are on the lower end of the market rate for such firms.

8. Plaintiffs seek fees for 1.8 hours for my time spent preparing this reviewing and revising the motion papers. Although I also spent 0.9 hours preparing this declaration and discussing the motion with other counsel, Plaintiff's counsel has exercised billing discretion to choose not to seek recovery for that time.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct, and that this declaration was executed on this 14 day of July 2014, at Los Angeles, California.

*/s/ Laura D. Smolowe*
Laura D. Smolowe